IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOAN WORTHEN                                                                                          PLAINTIFF

V.                                       CASE NO. 4:23-cv-1077-JM

CHI ST. VINCENT INFIRMARY                                                                DEFENDANT

## ORDER

Before the Court is Plaintiff Joan Worthen's motion to proceed *in forma pauperis* (IFP). (Doc. 1). "The *in forma pauperis* statute, 28 U.S.C. § 1915, is designed to ensure that indigent persons will have equal access to the judicial system." *Lee v. McDonald's Corp.*, 231 F.3d 456, 458 (8th Cir. 2000) (internal citations omitted). However, whether an applicant qualifies for IFP status is left to "the sound discretion of the trial court." *Id*.

Worthen reports biweekly income of $3106.00 and biweekly net income of $2140.00. (Doc. 1 at 3). Given Worthen's annual salary amounts to over $80,000, she has failed to establish her indigency. Her motion to proceed IFP is DENIED. (Doc. 1). Worthen has thirty (30) days from the date of this Order to pay the full filing fee of $402.00. If the filing fee is not paid, her complaint will be dismissed without prejudice.

IT IS SO ORDERED this 16th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE